# Court of Appeals
# of the State of Georgia

ATLANTA,____June 16, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1790.  THE STATE v. EDDIE DURELL POWELL.

Eddie Durell Powell was convicted of robbery, burglary, aggravated assault, and possession of a firearm during the commission of a crime.   After Powell was sentenced, he filed a motion to remold his sentence, which the trial court granted. The state seeks to appeal from the remolded sentence.  The state does not assert in its notice of appeal that the sentence is in violation of the law.  We lack jurisdiction.

As a general rule, the state does not have the right to appeal in a criminal case except as provided under OCGA § 5-7-1. *Glenn v. State*, 271 Ga. 604 (523 SE2d 13) (1999); accord *Moody v. State*, 272 Ga. 55, 57 (2) (525 SE2d 360) (2000).   The provisions of OCGA § 5-7-1 must be construed strictly against the state. *Glenn*, supra at 605 (1)). OCGA § 5-7-1 does not expressly authorize the state to appeal an order granting a motion to remold a sentence.  As the state is seeking to appeal an issue for which direct appeal is not authorized under OCGA § 5-7-1, this appeal is hereby DISMISSED. *Glenn*, supra.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____06/16/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.